UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE STONE STRATEGY GROUP, LLC<br><br>Plaintiff(s),<br><br>v.<br><br>NIKISHNA POLEQUAPTEWA , et al.<br><br><br>Defendant(s). | CASE NO:<br>8:14−cv−01888−CJC−DFM<br><br>**SCHEDULING ORDER** |

The Court, having reviewed the pleadings and the parties' submissions pursuant to Federal Rule of Civil Procedure 26(f), now ORDERS as follows:

[1] All discovery, including discovery motions, shall be completed by March 10, 2016 . Discovery motions must be filed and heard prior to this date.

[2] The parties shall have until May 9, 2016 to file and have heard all other motions, including motions to join or amend the pleadings.

[3] A pretrial conference will be held on **Monday, June 6, 2016 at 03:00 PM** . Full compliance with Local Rule 16 is required.

[4] The case is set for a **jury trial, Tuesday, June 14, 2016 at 08:30 AM** .

\\\

[5]  The parties are referred to ADR Procedure No. 2 – Court Mediation Panel.

The parties shall have until April 5, 2016 to conduct settlement proceedings.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve copies of this Order on counsel for the parties in this matter.

**IT IS SO ORDERED.**

DATED: July 22, 2015

Cormac J. Carney
United States District Judge

cc: ADR OFFICE