1  MICHAEL J. KHOURI, ESQ. [SBN 97654]
   Email: mkhouri@khourilaw.com
2  ANDREW B. GOODMAN, ESQ. [SBN 267972]
   Email: agoodman@khourilaw.com
3  KHOURI LAW FIRM
   4040 Barranca Parkway, Suite 280
4  Irvine, California 92604
   Telephone:   (949) 336-2433
5  Fax:            (949) 387-0044
6
7  Attorneys for defendant/counterclaimant
   NIKISHNA POLEQUAPTEWA
8
              UNITED STATES DISTRICT COURT
9
   FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION
10
11
12  BLUE STONE STRATEGY GROUP,          Case No. SACV14-1888 CJC (DFMx)
    LLC, a Delaware limited liability
13  company,                            **STIPULATION TO STAY CIVIL**
                                        **MATTER PENDING OUTCOME**
14                                      **OF CRIMINAL INDICTMENT**
                          Plaintiff,
15                                      [[Proposed] Order submitted
16  vs.                                 concurrently]

17  NIKISHNA POLEQUAPTEWA, an           Pretrial conference: June 6, 2016
    individual,                         Trial: June 14, 2016
18
                          Defendant.
19
20  ─────────────────────────────
21  NIKISHNA POLEQUAPTEWA, an
    individual,
22
                          Counterclaimant,
23
24  vs.

25  BLUE STONE STRATEGY GROUP,
    LLC, a Delaware limited liability
26  company; ELDAD YACOBI, an
    individual; and JOHN MOOERS, an
27  individual,

28
                          Counter-defendants.

                                    1

Plaintiff/counter-defendant BLUE STONE STRATEGY GROUP, LLC ("Blue Stone"), defendant/counterclaimant NIKISHNA POLEQUAPTEWA ("Polequaptewa"), and counter-defendant JOHN MOOERS ("Mooers") (collectively, Blue Stone, Polequaptewa, and Mooers are the "Parties") by and through their respective counsel of record, agree to the following facts:

1.    Blue Stone filed its complaint in the above-entitled matter on November 26, 2014. (Document No. 1.)

2.    On February 9, 2015, Polequaptewa filed a Motion to Stay the Case. (Document No. 14.)

3.    On March 3, 2015 the Court disposed of Polequaptewa's Motion to Stay the Case without a hearing. The Court denied Polequaptewa's Motion to Stay the Case without prejudice, and invited Polequaptewa "to appropriately renew his motion after the facts of the indictment develop or if charges are brought." (Document No. 18.)

4.    Polequaptewa answered Blue Stone's complaint on March 12, 2015 (Document No. 19) and concurrently filed counterclaims (Document No. 20), which he amended on April 22, 2015 (Document No. 22).

5.    On July 22, 2015, the Court issued a scheduling order, which set the above-entitled matter for trial on Tuesday, June 14, 2016 at 8:30 AM, with a pretrial conference set for Monday, June 6, 2016 at 3:00 PM.

6.    On April 20 and April 22, 2016, the Parties advised the Court that they were ready to proceed with the trial as scheduled.

7.    On May 6, 2016, the United States commenced a criminal indictment against Polequaptewa. (Case No. 8:16-cr-00036-CJC.) Polequaptewa pled not guilty to all counts as charged. (Document No. 9.) Magistrate Judge Jay C. Gandhi set a jury trial for June 28, 2016 at 8:30 AM before Judge Cormac J. Carney, the same judge presiding over the above-entitled civil matter.

**STIPULATION TO STAY CIVIL MATTER PENDING OUTCOME OF CRIMINAL INDICTMENT**

1    In light of the above facts, and good cause appearing, the Parties stipulate to

2  a stay of the above-entitled civil matter pending resolution of the criminal matter

3  against Polequaptewa (Case No. 8:16-cr-00036-CJC). The Parties respectfully

4  request the Court to vacate all dates, including the trial date and pretrial conference

5  date, and reschedule all appropriate dates, if necessary, upon resolution of the

6  criminal matter against Polequaptewa (Case No. 8:16-cr-00036-CJC).

7

8

9

10  Dated:  May 17, 2016                    SO STIPULATED.

11
                                           KHOURI LAW FIRM
12

13
                               By:    s/Andrew B. Goodman
14                                    MICHAEL J. KHOURI, ESQ.
15                                    ANDREW B. GOODMAN, ESQ.
                                      Attorneys for defendant/counterclaimant
16                                    NIKISHNA POLEQUAPTEWA

17
18  Dated:  May 17, 2016                    SO STIPULATED.

19
                                           FORTIS LLP
20

21
                               By:     s/ Matthew Berliner
22                                    MATTHEW BERLINER, ESQ.
                                      SALVATORE PICARIELLO, ESQ.
23                                    Attorneys for plaintiff/counter-defendant
                                      BLUE STONE STRATEGY GROUP, LLC
24                                    and counter-defendant JOHN MOOERS

25

26

27

28

**STIPULATION TO STAY CIVIL MATTER PENDING OUTCOME OF CRIMINAL INDICTMENT**