# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| BLUE STONE STRATEGY GROUP, LLC, a Delaware limited liability company,<br><br>  Plaintiff,<br><br>vs.<br><br>NIKISHNA POLEQUAPTEWA, an individual,<br><br>  Defendant. | Case No. SACV14-1888 CJC (DFMx)<br><br>**ORDER GRANTING STIPULATION TO STAY CIVIL MATTER PENDING OUTCOME OF CRIMINAL INDICTMENT**<br><br>[Stipulation submitted concurrently] |
| NIKISHNA POLEQUAPTEWA, an individual,<br><br>  Counterclaimant,<br><br>vs.<br><br>BLUE STONE STRATEGY GROUP, LLC, a Delaware limited liability company; ELDAD YACOBI, an individual; and JOHN MOOERS, an individual,<br><br>  Counter-defendants. | |

1

**ORDER**

Under L.R. 7-1, plaintiff/counter-defendant BLUE STONE STRATEGY GROUP, LLC ("Blue Stone"), defendant/counterclaimant NIKISHNA POLEQUAPTEWA ("Polequaptewa"), and counter-defendant JOHN MOOERS ("Mooers") (collectively, Blue Stone, Polequaptewa, and Mooers are the "Parties") by and through their respective counsel of record, submitted the following stipulation, based on the following facts:

1. Blue Stone filed its complaint in the above-entitled matter on November 26, 2014. (Document No. 1.)
2. On February 9, 2015, Polequaptewa filed a Motion to Stay the Case. (Document No. 14.)
3. On March 3, 2015 the Court disposed of Polequaptewa's Motion to Stay the Case without a hearing. The Court denied Polequaptewa's Motion to Stay the Case without prejudice, and invited Polequaptewa "to appropriately renew his motion after the facts of the indictment develop or if charges are brought." (Document No. 18.)
4. Polequaptewa answered Blue Stone's complaint on March 12, 2015 (Document No. 19) and concurrently filed counterclaims (Document No. 20), which he amended on April 22, 2015 (Document No. 22).
5. On July 22, 2015, the Court issued a scheduling order, which set the above-entitled matter for trial on Tuesday, June 14, 2016 at 8:30 AM, with a pretrial conference set for Monday, June 6, 2016 at 3:00 PM.
6. On April 20 and April 22, 2016, the Parties advised the Court that they were ready to proceed with the trial as scheduled.
7. On May 6, 2016, the United States commenced a criminal indictment against Polequaptewa. (Case No. 8:16-cr-00036-CJC.) Polequaptewa pled not guilty to all counts as charged. (Document No. 9.) Magistrate Judge Jay C. Gandhi set a jury trial for June 28, 2016 at 8:30 AM before Judge Cormac J. Carney, the same judge presiding over the

1 | above-entitled civil matter.
2 | Based on the above-stated facts, the Parties stipulated to a stay of the above-entitled civil matter pending resolution of the criminal matter against Polequaptewa (Case No. 8:16-cr-00036-CJC).
5 | Based upon the Parties' stipulation, and good cause appearing,
6 | IT IS HEREBY ORDERED THAT
7 | The above-entitled civil matter is stayed pending resolution of the criminal matter against Polequaptewa (Case No. 8:16-cr-00036-CJC). All dates for the above-entitled civil matter, including the trial date and pretrial conference date, are hereby vacated; and shall be rescheduled, if necessary, upon resolution of the criminal matter against Polequaptewa (Case No. 8:16-cr-00036-CJC).
12 | IT IS SO ORDERED.

DATED: May 18, 2016    _____

United States District Judge

**ORDER**