**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BLUE STONE STRATEGY GROUP, LLC,<br><br>　　　　　　　　　　　　　　　Plaintiff(s)<br>　　v.<br>NIKISHNA POLEQUAPTEWA,<br><br>　　　　　　　　　　　　　　　Defendant(s) | CASE NUMBER<br><br>8:14-cv-01888-CJC-DFM<br><br>ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

　　　The Court hereby orders that the request of:

Blue Stone Strategy Group　　　　　　☒ Plaintiff　☐ Defendant　☐ Other
*Name of Party*

to substitute　Robert Rosette of Rosette, LLP　　　　　　　　　　　　　　who is

　☒ Retained Counsel　　☐ Counsel appointed by the Court (Criminal cases only)　　☐ Pro Se

193 Blue Ravine, Suite 255
*Street Address*

Folsom, CA 95630　　　　　　　　　　　rosette@rosettelaw.com
*City, State, Zip*　　　　　　　　　　　　*E-Mail Address*

916-353-1084　　　　　　916-353-1085　　　　　　224437
*Telephone Number*　　　　*Fax Number*　　　　　　*State Bar Number*

as attorney of record instead of　Matthew A. Berliner, Salvatore Picariello, Brian L. Ngo
　　　　　　　　　　　　　　　*List **all** attorneys from same firm or agency who are withdrawing.*

Fortis, LLP, 650 Town Center Drive, Suite 1530, Costa Mesa, California 92626

**is hereby**　　☒ **GRANTED**　　☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

　Dated　October 18, 2018　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　U. S. District Judge/U.S. Magistrate Judge